UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

SHANTA DUNCAN                                    CIVIL ACTION

v.                                               NO. 18-6143

CHRISTOPHER CELESTINE, ET AL.                    SECTION "F"

ORDER

IT IS ORDERED that the Report and Recommendation of Chief United States Magistrate Judge Roby is ADOPTED as the findings and conclusions of this Court, except with respect to the description provided on page nine, paragraph one. That paragraph of the Report and Recommendation is REJECTED.

IT IS FURTHER ORDERED that Shanta Duncan's motion for default judgment against Christopher Celestine is GRANTED IN PART, as to Duncan's battery claim, and DENIED IN PART, as to Duncan's assault and intentional infliction of emotional distress claims.

IT IS FURTHER ORDERED that a default judgment shall be entered in favor of Shanta Duncan and against Christopher Celestine in the amount of $3,500.

1

IT IS FURTHER ORDERED that the motions pending at docket entries 45 and 46 are DENIED as moot.

New Orleans, Louisiana, February 19, 2020

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE